**J. M. HODGSON, Appellant, v. MOUNTAIN & GULF OIL COMPANY, Appellee.**

Circuit Court of Appeals, Eighth Circuit.
July 12, 1927.

No. 6860.

Appeal from the District Court of the United States for the District of Wyoming.

J. M. Hodgson, of Denver, Colo. (Floyd E. Pendell, of Denver, Colo., on the brief), for appellant.

Harold D. Roberts, of Denver, Colo. (Tyson S. Dines and Peter H. Holme, both of Denver, Colo., on the brief), for appellee.

Before SANBORN, STONE, and KENYON, Circuit Judges.

STONE, Circuit Judge, delivered the opinion of the court. This is an appeal from a decree (297 F. 269) entered upon dismissal of a bill in equity seeking to establish a right to a one-eighth interest in an oil and gas lease upon 160 acres of land in Wyoming, granted appellee under section 18 of the Act of February 25, 1920, 41 Stat. 437 (Comp. St. § 4640¼i). This case is one of several, differing mainly in the lessee involved and in the land covered. The first of these cases (James M. Hodgson v. Federal Oil & Development Co. et al.) was determined in this court (5 F. [2d] 442) and passed, by appeal, to the Supreme Court. Because of the pendency of that case in the Supreme Court and because the main issues of law were identical in that case and in this case, this case has been held on submission to await the result in the Supreme Court. April 11, 1927, that case was determined (James M. Hodgson v. Federal Oil & Development Co., 47 S. Ct. 502, 71 L. Ed. ——), against appellant on the main issues of law involved therein. Those same issues are in this case and the determination in that case is directly controlling here. The result is that the decree herein must be and is affirmed.

──────

**2**

**PACIFIC FIRE INSURANCE CO., Plaintiff in Error, v. AMERICAN TOBACCO COMPANY (Incorporated), Defendant in Error.**

Circuit Court of Appeals, Second Circuit.
June 16, 1927.

No. 365.

In Error to the District Court of the United States for the Southern District of New York.

Fox & Weller, of New York City (Hugo Wintner, of New York City, Joseph S. Laurent, of Louisville, Ky., and Robert P. Schur, of New York City, of counsel), for plaintiff in error.

Jonathan H. Holmes, of New York City (Martin Conboy and David Asch, both of New York City, of counsel), for defendant in error.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment affirmed, with costs.

──────

**3**

**Arthur W. SELLERS, Plaintiff in Error, v. HAWKEYE PEARL BUTTON COMPANY, Fred C. Vetter, and William Hageman, Defendants in Error.**

Circuit Court of Appeals, Second Circuit.
June 6, 1927.

No. 292.

In Error to the District Court of the United States for the Eastern District of New York.

Thomas J. Cuff, of New York City (Vine H. Smith, of New York City, of counsel), for plaintiff in error.

Frank M. Swacker, of New York City (Edward A. Kenney, of New York City, of counsel), for defendants in error.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Judgment affirmed, with costs.

──────

**4**

**UNITED STATES ex rel. Samuel HANDWERKER, Relator Appellant, v. Benjamin M. DAY, as Commissioner, etc., Respondent Appellee.**

Circuit Court of Appeals, Second Circuit.
June 9, 1927.

No. 392.

Appeal from the District Court of the United States for the Southern District of New York.

William A. Blank, of Brooklyn, N. Y., for appellant.

Charles H. Tuttle, U. S. Atty., of New York City (A. McK. Sylvester, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Order affirmed in open court.